**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

VELMA TAYLOR AND
NATHANIEL TAYLOR,

     Plaintiffs,

       v.

HAYES, JOHNSON & CONLEY,
PLLC AND JOEL D. JOHNSON,

     Defendants.

NO. 3:19-CV-00931-ARC

(JUDGE CAPUTO)

## ORDER

**NOW**, this 19th day of September, 2019, **IT IS HEREBY ORDERED** that:

(1)    The Motion to Dismiss (Doc. 7) is **GRANTED in part** and **DENIED in part**.

        (A)    Plaintiffs' Claim that the Defendants violated 15 U.S.C. § 1692i(a)(2) is **Dismissed with prejudice**.

        (B)    The Motion is **DENIED** in all other respects.

/s/ A. Richard Caputo

A. Richard Caputo

United States District Judge